## RICE v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Jan. 10, 1933.)

P. H. VINCENT for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## SLONE v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Jan. 10, 1933.)

OSCAR P. BOND and JOHN W. CAUDILL for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed, on authority of Nelson v. Commonwealth, 232 Ky. 568, 24 S. W. (2d) 276.

## HALL v. H. C. WHITMER COMPANY.

Court of Appeals of Kentucky.

(Decided Jan. 13, 1933.)

JAMES O. BAKER for movant.

RAY O. SHEHAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.